IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00287-RPM

KEVIN D. JOHNSTON,

      Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

      Defendant.

_____

ORDER ON MOTIONS
_____

Upon review of the papers filed, it is

ORDERED that the plaintiff's motion to supplement administrative record, filed May 29,

2013, [9] is granted and the defendant's motion for remand for further administrative

proceedings and to stay this case pending completion of the administrative review, filed June

18, 2013, [13] is denied.

Dated:  July 15th, 2013

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____

                            Richard P. Matsch, Senior District Judge