UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 13-cv-287-RPM

KEVIN D. JOHNSTON,

     Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA

     Defendant.
_____

**ORDER RE UNOPPOSED MOTION TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL ANSWERS TO WRITTEN DISCOVERY**
_____

     THE COURT, having reviewed the file and Plaintiff's Unopposed Motion to Withdraw Plaintiff's Motion to Compel Answers to Written Discovery, grants said motion.

     The Court orders that the Plaintiff's Motion to Compel Answers to Written Discovery is now withdrawn.

     SO ORDERED this 25th day of July, 2013.

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, US District
                                              Court Judge