## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No:  13-cv-00287 - RPM

KEVIN D. JOHNSTON,

      Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA

      Defendant.

---

### Order Re Unopposed Motion to Dismiss with Prejudice
_____

      THE COURT, having reviewed Plaintiff's Unopposed Motion to Dismiss with Prejudice, and being fully advised in the premises, orders as follows:

      The Court grants said Motion.  All claims asserted by Plaintiff in his Complaint are dismissed, each party to pay his and its own attorney fees.

      So ordered this 20th day of September, 2013

                                                  BY THE COURT:

                                                  s/Richard P. Matsch

                                                  _____
                                                  Richard P. Matsch, Senior District Judge,
                                                  U.S. District Court, District of Colorado